IN THE UNITED STATES DISTRICT COURT FOR
E MIDDLE DISTRICT OF ALABAMA

**FILED**

SEP 1 4 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

DAVID L. Johnson #173426          )
Full name and prison number of    )
plaintiff(s)      2001 SEP 14  A  9: 06   )
                                  )
          v.      HACKETT, CLK    )
                  DISTRICT COURT  )
Russell Durasky   DISTRICT ALA    )
                                  )
Dan Hamm                          )
                                  )
                                  )
                                  )
_____     )
                                  )
_____     )
Name of person(s) who violated    )
your constitutional rights.       )
(List the names of all the persons)   )

CIVIL ACTION NO. 01-D-1094-N
(To be supplied by the Clerk of the
   U.S. District Court)

## I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )   No (✓)

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )   No (✓)

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:
Plaintiff(s) _____ N/A _____
Defendant(s) _____

2.    Court (if federal court, name the district; if state court, name the county)
_____ N/A _____

3.    Docket No. _____ N/A _____

4.    Name of Judge to whom case was assigned _____ N/A _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____ N/A _____

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. PLACE OF PRESENT CONFINEMENT 3700 Holman Unit Atmore, Alabama, 36503

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Circuit Court of Montgomery County And Court of Criminal Appeals

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Russell Duraski | 461 South Court Street montgomery, Alabama, 36109 |
| 2. | Dann Hamm | 235 South McDonough Street montgomery, Alabama 36104 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May 8, 2000 And 7-19-2000

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Attorney Russell Duraski violated my Six Amed. Right to have a Effective Assistance of Counsel

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
On May the 8, 2000 Attorney Duraski preJudiced my trial case by Not actioning as the Counsel that Is guarantee to me by the sixth amendment

-2-

GROUND TWO: Attorney Dan Hamm Violated Amed. Right ~ Effective Assistance of Appellant Counsel

SUPPORTING FACTS: On the 7-19-2000 Attorney Hamm Violated my sixth amedment right when he filed a NO ment brief in the criminal Court of Appeal, I Asked Attorney Hamm to file Ineffective Assistance of trial Counsel, Attorney Hamm Refused to file this Issue

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the court to grant me punitive damages Against defendants Duraski and Hamm in the Sum of 5,000,000.00 And grant such other Relief As It may Appear that the plaintiff Is Entitled too.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9 - 10 - 2001 .
               (date)

_____
Signature of plaintiff(s)